UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRISTOPHER J. PABST, SR.                    Case No.: 5-17-04290-HWV
                                             Chapter 13

         Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:** **MORTGAGE INFORMATION**
Creditor Name:                  MIDFIRST BANK
Court Claim Number:             02
Last Four of Loan Number:       144 Alfred Dr - PRE-ARREARS - 4527
Property Address if applicable: 144 ALFRED DRIVE, , GREENTOWN, PA18426

**PART 2:** **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a. Allowed prepetition arrearages:                                          $27,597.23
b. Prepetition arrearages paid by the Trustee:                              $27,597.23
c. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c):                                         $0.00
d. Amount of postpetition fees, expenses, and charges recoverable
   Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:                 $0.00
e. Allowed postpetition arrearage:                                          $0.00
f. Postpetition arrearages paid by the Trustee:                             $0.00
g. Total b, d, f:                                                           $27,597.23

**PART 3:** **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:** **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 20, 2021            Respectfully submitted,

                                          s/ Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                            Suite A, 8125 Adams Drive
                                            Hummelstown, PA 17036
                                            Phone: (717) 566-6097
                                            Fax: (717) 566-8313
                                            eMail: info@pamd13trustee.com

Creditor Name: MIDFIRST BANK
Court Claim Number: 02

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1222623 | 10/15/2020 | $391.75 | $0.00 | $391.75 |
| 5200 | 1224389 | 12/10/2020 | $3,276.00 | $0.00 | $3276.00 |
| 5200 | 1226176 | 01/19/2021 | $1,820.00 | $0.00 | $1820.00 |
| 5200 | 1227202 | 02/17/2021 | $2,184.00 | $0.00 | $2184.00 |
| 5200 | 1228210 | 03/17/2021 | $2,275.00 | $0.00 | $2275.00 |
| 5200 | 1229232 | 04/15/2021 | $2,184.00 | $0.00 | $2184.00 |
| 5200 | 2000606 | 05/18/2021 | $2,184.00 | $0.00 | $2184.00 |
| 5200 | 2002598 | 07/14/2021 | $2,256.00 | $0.00 | $2256.00 |
| 5200 | 2003662 | 08/18/2021 | $2,256.00 | $0.00 | $2256.00 |
| 5200 | 2004674 | 09/14/2021 | $2,256.00 | $0.00 | $2256.00 |
| 5200 | 2005715 | 10/14/2021 | $2,256.00 | $0.00 | $2256.00 |
| 5200 | 2006748 | 11/16/2021 | $2,191.20 | $0.00 | $2191.20 |
| 5200 | 2007773 | 12/15/2021 | $2,067.28 | $0.00 | $2067.28 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHRISTOPHER J. PABST, SR.      Case No.: 5-17-04290-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 20, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE PA, 18431- | SERVED ELECTRONICALLY |
| MIDFIRST BANK<br>BANKRUPTCY DEPT 999<br>NW GRAND BLVD #110<br>OKLAHOMA CITY, OK, 73118-6077 | SERVED BY 1ST CLASS MAIL |
| CHRISTOPHER J. PABST, SR.<br>144 ALFRED DRIVE<br>GREENTOWN, PA 18426 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 20, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com