Voucher manifest below. Please save the following pages for your records.  
Check No. 2012079  
Pay to: CLERK U.S. BANKRUPTCY COURT  
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-04290-HWV | 999-0 | CHRISTOPHER J. PABST, SR.<br>Original Check written to:<br>CHRISTOPHER J. PABST, SR.<br>144 ALFRED DRIVE<br>GREENTOWN, PA 18426 | | 0.00 | 9.95 | 0.00 | 9.95 |
| 18-00856-MJC | 004-0 | MARK T. LABS<br>Original Check written to:<br>DEPART OF ED-OSLA<br>PO BOX 530278<br>ATLANTA, GA 30353-0278 | 4147 | 6,752.39 | 132.34 | 0.00 | 132.34 |
| 18-03476-MJC | 999-0 | JUSTIN WARREN HEICHEL<br>Original Check written to:<br>JUSTIN WARREN HEICHEL and BRIANNA KATHRYN SPAK-HEICHEL<br>851 MAIN ST<br>SUGAR NOTCH, PA 18706-2013 | | 0.00 | 9.59 | 0.00 | 9.59 |
| 19-04899-MJC | 999-0 | SAMANTHA MCGUIRE<br>Original Check written to:<br>SAMANTHA MCGUIRE<br>304 MILWAUKEE AVENUE<br>OLD FORGE, PA 18518 | | 0.00 | 13.15 | 0.00 | 13.15 |